1 **ELIZABETH M. BARROS**
California State Bar No. 227629
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: elizabeth_barros@fd.org

5 Attorneys for Lisa Marie Gomez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LEO S. PAPAS)**

| UNITED STATES OF AMERICA, | ) | Case No. 08MJ0824 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| LISA MARIE GOMEZ, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

Ciro Hernandez
cirolaw@aol.com, karmingia@aol.com; and

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED:   March 19, 2008          /s/ Elizabeth M. Barros
                                 **ELIZABETH M. BARROS**
                                 Federal Defenders of San Diego, Inc.
                                 Attorneys for Lisa Marie Gomez