1  KAREN P. HEWITT
   United States Attorney
2  W. MARK CONOVER
   Assistant United States Attorney
3  California State Bar No. 236090
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-5200
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

```
             FILED

             APR  1 2008

       CLERK, U.S. DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
    BY                        DEPUTY
```

8

9                    UNITED STATES DISTRICT COURT

10               SOUTHERN DISTRICT OF CALIFORNIA    08CR960-IEG

11  UNITED STATES OF AMERICA,          )   Magistrate Case No. 08MJ0824
                                       )
12                      Plaintiff,     )
                                       )   **STIPULATION OF FACT AND JOINT**
13           v.                        )   **MOTION FOR RELEASE OF**
                                       )   **MATERIAL WITNESS(ES) AND**
14  LISA MARIE GOMEZ,                  )   **ORDER THEREON**
                                       )
15                      Defendant.     )
                                       )   **(Pre-Indictment Fast-Track Program)**
16

17       **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18  OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and W. Mark

19  Conover, Assistant United States Attorney, and defendant LISA MARIE GOMEZ, by and through

20  and with the advice and consent of defense counsel, Elizabeth Barros, Federal Defenders of San

21  Diego, Inc., that:

22       1.       Defendant agrees to execute this stipulation on or before the first preliminary hearing

23  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

24  intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

25  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

26  of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C.

27  § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

28  //

    WMC:jam:3/19/08

1    2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to

2  provide the signed, original plea agreement to the Government not later than five business days

3  before the disposition date set by the Court.

4    3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5  before **April 16, 2008**.

6    4.    The material witnesses, Rocio Calderon-Canseco, in this case:

7         a.    Is an alien with no lawful right to enter or remain in the United States;

8         b.    Entered or attempted to enter the United States illegally on or about

9  March 14, 2008;

10        c.    Was found in a vehicle driven by defendant at the San Ysidro, California Port

11  of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that she was an

12  alien with no lawful right to enter or remain in the United States;

13        d.    Was concealed inside a non-factory compartment located in the side wall of

14  the vehicle, from which she could not free herself;

15        e.    Was paying $4,000 to others to be brought into the United States illegally

16  and/or transported illegally to her destination therein; and,

17        f.    May be released and remanded immediately to the Department of Homeland

18  Security for return to her country of origin.

19    5.    After the material witness is ordered released by the Court pursuant to this stipulation

20  and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or

21  thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,

22  including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

23        a.    The stipulated facts set forth in paragraph 4 above shall be admitted as

24  substantive evidence;

25        b.    The United States may elicit hearsay testimony from arresting agents

26  regarding any statements made by the material witness provided in discovery, and such testimony

27  shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

28  Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Lisa Marie Gomez                    2                          08MJ0824

1  of an unavailable witness; and,

2         c.    Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

3  "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

4  and cross-examined the witness who made the "testimonial" hearsay statements, defendant waives

5  the right to confront and cross-examine the material witness in this case.

6        6.    By signing this stipulation and joint motion, defendant certifies that defendant has

7  read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

8  further that defendant has discussed the terms of this stipulation and joint motion with defense

9  counsel and fully understands its meaning and effect.

10       Based on the foregoing, the parties jointly move the stipulation into evidence and for the

11  immediate release and remand of the above-named material witness to the Department of Homeland

12  Security for return to her country of origin.

13       It is STIPULATED AND AGREED this date.

14                          Respectfully submitted,

15                          KAREN P. HEWITT

16                          United States Attorney

17  Dated: **4/1/08**          .

18                          W. MARK CONOVER
                           Assistant United States Attorney

19
   Dated: **3/21/08**          .

20                          ELIZABETH BARROS
                           Defense Counsel for Lisa Marie Gomez

21

22  Dated: **3/21/08**          .

23                          LISA MARIE GOMEZ
                           Defendant

24

25

26

27

28
Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Lisa Marie Gomez        3                   08MJ0824

1

**O R D E R**

2      Upon joint application and motion of the parties, and for good cause shown,

3      **THE STIPULATION** is admitted into evidence, and,

4      **IT IS ORDERED** that the above-named material witness be released and remanded

5  forthwith to the Department of Homeland Security for return to her country of origin.

6      **SO ORDERED.**

7

8      Dated: _____4/1/08_____.

9                            United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Lisa Marie Gomez            4

08MJ0824